## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA

Raleigh Sutherland

        Plaintiff,

    v.

Save America PAC, Republican
National Committee, National
Republican Senatorial Committee, and
Congressional Leadership Fund,

        Defendants.

Case No. 1:22-cv-00303

## CLASS ACTION COMPLAINT
## INTRODUCTION

1.    The Supreme Court has explained that the right of free speech "is protected by the First Amendment. Yet **no one has a right** to press even 'good' ideas on **an unwilling recipient**." *Hill v. Colorado*, 120 S.Ct. 2480, 2490, 530 U.S. 703, 718 (U.S., 2000) (emphasis added) (cleaned up).

2.    "While the freedom to communicate is substantial, the **right of every person 'to be let alone'** must be placed in the scales with the right of others to communicate." *Id.* (emphasis added).

3.    "Nothing in the Constitution compels us to listen to or view any unwanted communication." *Rowan v. U.S. Post Office Dept.*, 90 S.Ct. 1484, 1490, 397 U.S. 728, 737 (U.S., 1970).

4.     For more than fifty years, the Supreme Court has upheld, as constitutional, statutes that allow speakers freedom to communicate but require the speakers to stop their communications with a specific individual upon receiving a stop request. See *Id.* at 1491. "To hold less would tend to license a form of trespass." *Id.* at 1490.

5.     This matter involves just such a case in which the named Defendants have had complete freedom to exercise their First Amendment rights but now force their communications on unwilling recipients who have asked for the communications to stop.

6.     Plaintiff Raleigh Sutherland ("Raleigh") has received **765 spam text messages** involving Winred.com.

7.     Winred.com is a platform used by political committees to solicit donations.

8.     Every day, Raleigh gets five to ten more Winred spam text messages that ask for more money!

9.     His phone is inundated with Winred text messages. Every two to three hours he is distracted and annoyed by another SMS notification that is nothing more than another Winred spam text message.

10.     Raleigh never agreed to receive these text messages, and he desperately wants the text messages to stop.

11.     Raleigh has replied "stop" to more than 100 of the Winred text messages he has received.

12.     But the Winred spam does not stop.

13.    It keeps coming…

14.    And coming…

15.    And coming…

16.    Unrelenting.

17.    Unstoppable.

18.    Ad nauseum.

19.    Every day.

20.    And unless this court does something, it will not stop.

21.    Not only are the "stop" requests ignored, but it is impossible to block the spam because each new text message comes from a different phone number.

22.    On March 11, 2022, Raleigh responded to six different Winred text messages with the question, "Is there somebody I can please talk with?" But nobody ever responded, indicating all the text messages are automated.

23.    Like Raleigh, there are *thousands* of others asking for this Winred spam to stop. They literally are pleading for help. Here is just a small sample of complaints taken from Twitter:



3

 NotGiveForGoodReasons
@not_given_aka                                    ...

I got my Florida drivers license on Friday. Since then I have gotten 18 text message all from WinRed. I replied stop to every single one but they just keep coming from different phone #s. Thanks a lot #RonDeSantis @RonDeSantisFL @WINRED make it stop. I never concerned.

5:00 PM · Jun 22, 2022

 Gladys Kravitz
@Lady4Links · **Follow**                          

WinRed spams me continuously with every campaign in the country. I can't stop it. WinRed refuses to stop it. I will never donate another dollar to any campaign that uses them.

8:24 AM · Jun 18, 2022                             

 dopaminetrain
@dopamineforthe1 · **Follow**                      

@WINRED Every goddamn day I get multiple texts including short links that go to YOUR website for collecting donations. I've tried replying STOP, I block all the numbers, I report all as spam and they keep coming. I am on do not call lists. 1/2

12:02 PM · Sep 20, 2022                            

 Geoffrey Jones
@lllIclt_PraYeRs · **Follow**                      

@WINRED STOP FUCKING TEXTING ME. IVE REPLIED STOP ENOUGH TO UNSUBSRIBE THE WHOLE COUNTRY

1:35 PM · Mar 18, 2021                             

 2nd Protects Children, Use it
@AwakeYet20202 · **Follow**


Does anyone know how to stop the winred spam on my phone?
I just deleted 200 spam texts. Its ridiculous.
It makes me never want to contribute again.

7:51 PM · Oct 22, 2022                                          ⓘ

James Phillips
@1GatorEngineer · **Follow**


@WINRED How can I stop you from sending me relentless text messages? STOP only gets more messages from a different phone number.

8:12 PM · Oct 20, 2022                                          ⓘ

 Chrissie Keffler
@ChrissieKeffler                                               ···

@WINRED
Shocking to no one….
STOP does NOT=END
since Trump became a political squatter in the GOP

I swear, if you don't stop doing this, I will donate to a Democrat.
And I have never voted
for a Democrat in my life.  This is pathetic.

@GOPChairwoman
call off the dogs!

10:18 AM · Oct 4, 2022 · Twitter for iPhone



24.     And it is not just on Twitter. It is everywhere. Here are a handful of

complaints from https://complain.biz/winred:

   i.   I unsubscribe to them every single day and they come back with a
        different name. I am sick and tired of their requests for donations and
        want them to stop for good !!!

   ii.  I received more than 10 text messages daily, and hundreds of spam
        emails weekly. I contacted WinRed and not thing they can do. I closed
        my WinRed account and it does not help. I have been blocking every
        single text message and I still continue to received 15 to 20 text
        messages per day.

iii.    Winred continues to provide my mobile phone number to supposed political candidates who text spam me and do not honor unsubscribe requests. I have deleted my account and yet the text spam continues unabated.

iv.    I receive numerous text messages from winred daily. These messages are UNWANTED and UNSOLICITED. I want you people to LEAVE ME ALONE. I am a 100% permanently unemployable disabled Vietnam veteran and want to be LEFT ALONE. Take my damn name, phone number, email, and everything else OFF your records. I have already filed a complaint with the FCC and am filing a complaint tomorrow morning, in person, with my cellphone provider. I want to be LEFT ALONE.

v.    Every time I reply stop, they use a different number to send more texts. I have to spend my time to clean their crap off my phone. I pay for my cellphone service and I don't want them clogging it with their junk.

vi.    I receive multiple texts from different numbers each day all containing links to WinRed's website which asks me for money. I reply to each one asking to unsubscribe, or to END or to STOP (per the instructions on the text). I have tried calling the number attached to each text and the phone number is always disconnected. I've gone to the campaign in mentioned in each text directly that WinRed is fundraising for and have asked to unsubscribe. I have blocked each number and have reported each number as spam to my wireless carrier-and I continue to get texts daily.

25.    Like Raleigh, people are begging for this spam to stop, but to no avail.

26.    The Florida Telephone Solicitation Act ("FTSA") requires solicitors to stop texting after receiving a do-not-call request.

27.    But Defendants do not care. They continue to spam individuals in willful and blatant disregard of their do-not-call requests.

28.     Consequently, Raleigh brings this action for himself and other similarly situated people in Florida, to enjoin these abusive practices and for damages.

## JURISDICTION AND VENUE

29.     This Court has original subject matter jurisdiction pursuant to 28 U.S.C. § 1332(d) because this is a class action in which the controversy exceeds $5,000,000, Raleigh and the class of Plaintiffs are citizens of Florida, and Defendants are citizens of Virginia, D.C., and Delaware.

30.     Venue is proper in this district pursuant to 28 U.S.C. § 1391 because a significant portion of the events giving rise to this lawsuit occurred in this district.

## PARTIES

31.     Plaintiff Raleigh Sutherland is a citizen of Florida. He has a permanent home in Hawthorne, Alachua County, Florida, and this is where he intends to remain indefinitely. He is the user of the cell phone number 585-750-1887. This is his only phone, and he uses it 100% for all his personal calls and text messages.

32.     Defendant Save America PAC is a citizen of Virginia. It is a nonprofit incorporated in Virginia with its principal place of business in Virginia.

33.     Defendant Republican National Committee is a citizen of D.C. It is a nonprofit incorporated in D.C. with its principal place of business in D.C.

34.     Defendant National Republican Senatorial Committee is a citizen of D.C. It is a nonprofit incorporated in D.C. with its principal place of business in D.C.

35.    Defendant Congressional Leadership Fund is a citizen of Delaware and D.C. It is a nonprofit incorporated in Delaware with its principal place of business in D.C.

## FACTUAL ALLEGATIONS

36.    Each Defendant sends spam text messages that direct recipients to donate at Winred.com.

37.    Winred.com is a platform used by Republican campaigns and committees to process donations.

38.    Winred.com is operated by the Virginia for-profit corporation Winred Technical Services, LLC.

39.    Winred Technical Services, LLC has been sued many times for text messages that direct users to donate at Winred.com. See e.g. *Whittaker v. WinRed Technical Services LLC* et al, 3:20-cv-08150 (D. Ariz.); *Reo v. WinRed Technical Services LLC*, 1:20-cv-02509 (N.D. Ohio); *Strange v. Winred Technical Services LLC*, 1:19-cv-01287 (E.D. Va.); *Bartolomei v. Winred Technical Services LLC et al*, 4:20-cv-00271 (E.D. Ark.).

40.    In these prior lawsuits, Winred has submitted declarations that it does not send text messages but that the committees using its platform send the text messages. See e.g. *Whittaker v. WinRed Technical Services LLC* et al, 3:20-cv-08150 (D. Ariz.) at Dkt #14-1 ¶¶ 7-9, 13.

41.    The four named Defendants in this case are committees that use the Winred.com platform.

42.    While the named Defendants did not send all 765 of the Winred spam text messages which Raleigh has received, these Defendants are some of the largest and most aggressive spammers sending unsolicited Winred text messages.

43.    Further, each Defendant has continued to send text messages to Raleigh after he directly told each Defendant to stop multiple times.

44.    Each Defendant knew, or had reason to believe, that their text messages to Raleigh were being sent into Florida.

45.    The text messages from each of the Defendants addressed Raleigh by name, which shows they each knew who they were contacting.

46.    Each Defendant knew Raleigh lives in Florida and has a Florida address. Each Defendant is a sophisticated fundraiser, each generating over $100 million in donations this election cycle. Each Defendant uses highly advanced analytics and data that, at a minimum, includes a potential donor's state. Each Defendant obtains this information about the location of a potential donor from Winred, voter files, public data sources like Driver's License databases, and/or third-party data providers.

47.    In addition to knowing that the text messages to Raleigh were being sent into Florida, each Defendant sends millions of text messages into Florida every year. In the last fourteen years, 10 billion+ Winred text messages have been sent to 50 million+ Americans. See https://www.tatango.com/integrations/winred (last accessed November 1, 2022). Given that Florida is approximately six percent of the entire population, an estimated 600 million+ Winred text messages have been sent to 3 million+ people in Florida. While the four Defendants in this case

are not the only ones sending the Winred spam, they are responsible for millions of the text messages.

### *__Save America PAC__*

48.    Save America PAC initiated eight spam text messages to Raleigh's cell phone 585-750-1887 and Raleigh sent four "stop" requests as follows:

i.    <u>On July 7, 2022 from 413-461-4287</u>
Pres. Trump: Your name could be DISPLAYED LIVE during my Trump Rally in ALASKA! LIMITED-TIME-ONLY. Donate NOW: https://c.clicktags.net/jd82I2khEIf Stop2END

ii.    <u>On July 30, 2022 from 585-617-0763</u>
Team Trump: We're updating our voter data & need YOU to fill out the official Trump Voter Verification Canvass. Submit: https://win22.org/r.wr?id=PyZy0LvC ReplySTOPToEnd

🔴 (August 4, 2022 Raleigh responded "stop" to 585-617-0763)

iii.    <u>On August 11, 2022 from 89331</u>
WITCH HUNT! The FBI RAIDED Mar-a-Lago! This is political targeting at the highest level! Will you stand with Pres Trump? FIGHT BACK: bit.ly/3QHdQ8l Stop2End

🔴 (August 13, 2022 Raleigh responded "stop" to 89331)

iv.    <u>On September 18, 2022 from 986-202-1509</u>
Pres Trump: This is the final time I'll reach out. I need you to update your Voter Verification survey RIGHT NOW. Take canvass here >> https://give-right.co/BYPp Reply Stop to Opt-Out

🔴 (September 20, 2022 Raleigh responded "stop" to 986-202-1509)

v. <u>On September 21, 2022 from 231-396-1826</u>
Pres Trump: This is the final time I'll reach out. I need you to update your Voter Verification survey right now. Raleigh, take canvass here >> usredwin.com/TrumpSurvey stop=end

vi. <u>On September 22, 2022 from 316-624-0607</u>
Pres Trump: This is the final time I'll reach out. I need you to update your Voter Verification survey right now. Raleigh, take canvass here >> forustoday.com/TrumpCanvass stop=end

vii. <u>On September 28, 2022 from 978-330-7698</u>
Pres Trump: This is the final time I'll reach out. I need you to update your Voter Verification survey right now. Raleigh, take canvass here >> usredwin.com/Trump-Survey stop=end

viii. <u>On October 6, 2022 from 502-293-3182</u>
Pres Trump: This is the final time I'll reach out. I need you to update your Voter Verification survey right now. Raleigh, take canvass here >> us22win.com/2fg stop=end

🔴 (October 7, 2022 Raleigh responded "stop" to 502-293-3182)

49.     Even though the text messages say "stop=end" or "Stop2End" this was just for show.

50.     After Raleigh replied stop on August 4, 2022, Raleigh received six more solicitations for a charitable contribution from Save America PAC.

51.     The text messages from Save America PAC all came from different phone numbers.

52.     Save America PAC sent the text messages from different phone numbers to prevent Raleigh from blocking future text messages.

53.     So, not only has Save America PAC willfully ignored the stop requests, but they make it impossible to stop receiving their spam!

54.     The URLs in the text messages redirected to

https://secure.winred.com/save-america-joint-fundraising-committee/mar-a-lago-fbi-om002 and https://secure.winred.com/save-america-joint-fundraising-committee/official-voter-verification-ext-p2p_db.

55.     These webpages solicited donations and said "Your contribution will benefit Save America Joint Fundraising Committee."

56.     The footer of the webpages said "Paid for by Save America JFC, a joint fundraising committee of Save America and Make America Great Again PAC."

57.     A Joint Fundraising Committee allows two or more parties to jointly solicit contributions and split fundraising costs. The parties that make up the Joint Fundraising Committee run the operation.

58.     The footer of the webpages said any donations to the Save America Joint Fundraising Committee are split 90% to Save America PAC and 10% to Make America Great Again PAC.

59.     This indicates that Save America PAC is the primary entity running the Joint Fundraising Committee and is the entity initiating the text messages.

60.     Save America PAC makes patriotic, educational, civic, and advocacy appeals in their donation solicitations.

61.     The text messages ask Raleigh to update his "Voter Verification survey" and to "take canvass" by clicking on a link.

62.     When clicking the link, it takes users to a website with a 32-question survey. The survey asks different questions, including whether you plan on voting

in the 2022 Midterm Elections, what political party you support, how you plan on voting, whether you think Critical Race Theory should be banned in schools, and whether you support securing our southern border.

63.    These questions have an educational appeal because they are gathering information about the electorate.

64.    These questions have a civic appeal because they focus on policies and how you plan to participate in the election as a citizen.

65.    The text messages and questions have an advocacy appeal by referencing issues that many Republicans want to advocate and fight against like the FBI Raid of Mar-a-Lago and Critical Race Theory.

66.    Lastly, there is a *very* strong patriotic appeal. Every donation page has the following prompt:



67.    This checkbox insinuates that a true Patriot, i.e., someone who is patriotic, will make monthly donations.

68.    Further, the August 11, 2022 text message that references the FBI Raid of Mar-a-Lago directs users to https://secure.winred.com/save-america-joint-fundraising-committee/mar-a-lago-fbi-om002. On this donation page, at the top and highlighted in yellow, it says "It's time for EVERY PATRIOT to stand against

the Left's reckless WITCH HUNTS." This is also a patriotic appeal, asking for "EVERY PATRIOT" to stand up and donate.

69.    On information and belief, Save America PAC has sent text messages to tens of thousands of people in Florida after receiving a do-not-call request.

### *Republican National Committee*

70.    The Republican National Committee initiated twelve spam text messages to Raleigh's cell phone 585-750-1887, and Raleigh sent two "stop" requests as follows:

i.    On March 9, 2022 from 325-208-2329
      Quick, Raleigh! Do you think now that Trump's back online he should run in 2024? -Yes -no This is HUGE! Answer now: now-22.com/lxc stop=end

ii.   On March 13, 2022 from 838-205-1698
      Pending payment: Your $45 must be completed to receive further Trump Life Membership updates. Last chance, Raleigh! 1HR >> now-22.com/80n stop=end

iii.  On March 17, 2022 from 915-266-0778
      Your Top Trump Supporter Status: DENIED You'll be officially REVOKED if your Sustaining Membership isn't claimed in 30MIN. ACT NOW: 22-now.com/jod stop=end

iv.   On March 18, 2022 from 682-757-7334
      This is it! Our 2022 Trump Life Membership list closes tonight for good! Claim your membership, Raleigh! Checking names tonight: 22-now.com/0ol stop=end

v.    On March 21, 2022 from 321-379-9016
      Payment Incomplete The GOP requested $45 for: "Trump Life Membership Payment" Last chance to add your name, Raleigh! >> 22-now.com/94k stop=end

vi.   On March 24, 2022 from 680-217-4339
Flash Poll: A growing number of Republicans are officially calling for a probe into the Hunter Biden laptop. Do you agree Raleigh? 22-now.com/ni3 stop=end

vii.  On March 28, 2022 from 804-606-0359
Payment Incomplete The GOP requested $45 for: "Trump Life Membership Payment" Last chance to add your name, Raleigh! >> 22-now.com/06k stop=end

🔴 (March 31, 2022 Raleigh responded "stop" to 804-606-0359)

viii. On July 8, 2022 from 585-513-8461
YOU'VE BEEN SELECTED. We trust YOU to take the RNC's 2022 Presidential Task Force Survey! 30 MIN to respond. ACT NOW: https://give2rnc.org/r.wr?id=HNg9Bs0F Reply STOP to end

On July 9, 2022 from 585-888-0841
We need all Patriots to respond. This Survey will tell us if Republicans are headed to VICTORY this November. RESPOND NOW: https://give2rnc.org/r.wr?id=alxNapvx Reply STOP to end

ix.   On July 11, 2022 from 585-513-8697
We need all Patriots to respond. This Survey will tell us if Republicans are headed to VICTORY this November. RESPOND NOW: https://give2rnc.org/r.wr?id=J9vCU66l Reply STOP to end

🔴 (August 5, 2022 Raleigh responded "stop" to 585-513-8697)

x.    On September 6, 2022 from 445-205-1427
Wow! Your Donor File says you only need 1 more contribution to activate your Trump Life Membership. Don't wait, Raleigh. Donate & join now: rep-gop.com/0ij stop=end

xi.   On September 7, 2022 from 779-903-4918
1 more contribution and you're in, Raleigh! Donate to activate your Trump Life Membership now: 22-now.com/3p3i stop=end

71.     Even though the text messages say "stop=end" or "STOP to end," this was just for show.

72.     After Raleigh said stop on March 31, 2022, Raleigh received five more solicitations for a charitable contribution from the National Republican Committee.

73.     The text messages from the National Republican Committee all came from different phone numbers.

74.     The National Republican Committee sent the text messages from different phone numbers to prevent Raleigh from blocking future text messages.

75.     So, not only has the National Republican Committee willfully ignored the stop requests, but they make it impossible to stop receiving their spam!

76.     The URLs in each of the text messages, when clicked, redirected to https://secure.winred.com/rnc/2022-trump-life-tma, https://secure.winred.com/rnc/2022-district-canvass-rs, and https://secure.winred.com/rnc/presidential-task-force-sa-rs.

77.     These webpages solicited donations and said, "Your contribution will benefit RNC."

78.     The webpage footer said, "Paid for by the Republican National Committee."

79.     This indicates that the Republican National Committee is the entity initiating the text messages.

80.     The Republican National Committee makes patriotic, educational, civic, and advocacy appeals in their donation solicitations.

81.    The text messages ask Raleigh to complete multiple surveys.

82.    The surveys ask different questions including whether you plan on voting in the 2022 Midterm Elections, whether you identify as Republican, how you plan on voting, whether you think Critical Race Theory should be banned in schools, and whether you support securing our southern border.

83.    These questions have an educational appeal because they are gathering information about the electorate.

84.    These questions have a civic appeal because they focus on policies and how you plan to participate in the election as a citizen.

85.    The text messages and questions have an advocacy appeal by referencing issues that many Republicans want to advocate and fight against like Critical Race Theory.

86.    Every donation page makes an advocacy appeal: by saying your donation will allow the GOP to fight to take back the House and Senate:

☐ Check this box to make this a monthly recurring donation to fund the GOP's fight to take back the House and Senate in November. America can't take another day of Democrat control. Can we count on you to step up to save this Nation?

**Make this a monthly recurring donation**

87.    Lastly, the above checkbox warns "America can't take another day of Democrat control" and one of the surveys asks, "Are you concerned about the Radical Left's effect on this country?" Both are patriotic appeals.

18

88.     The text messages also have a patriotic appeal by saying "We need all Patriots to respond."

89.     On information and belief, the Republican National Committee has sent text messages to tens of thousands of people in Florida after receiving a do-not-call request.

### ***National Republican Senatorial Committee***

90.     The National Republican Senatorial Committee initiated ten spam text messages to Raleigh's cell phone 585-750-1887, and Raleigh sent four "stop" requests as follows:

    i.   On January 22, 2022 from 307-291-9476
We're giving UP, Raleigh! We've asked MANY times if you'd join Trump's social media. Correct the record, answer HERE: https://c.safeclick.io/sMn/2852 Reply STOP to unsubscribe

      🔴 (January 23, 2022 Raleigh responded "stop" to 307-291-9476)

    ii.   On July 10, 2022 from 771-203-8282
President Trump here, Raleigh. I want YOU on my Endorsement List. Will you add your name? >> http://txtgo.net/?d=233&p=5O6 Stop2End

    iii.   On July 10, 2022 from 771-203-8175
President Trump here, Raleigh. I want YOU on my Endorsement List. Will you add your name? >> http://txtgo.net/?d=233&p=5O6 Stop2End

    iv.   On July 13, 2022 from 855-453-8703
YOUR FLIGHT RESERVATION: 10 lucky Patriots will MEET and get a photo with President Trump! Don't wait. Click HERE to enter: http://i.wingop.co/qede619fl

v.  <u>On July 16, 2022 from 855-453-8703</u>
Do you want to MEET President Trump? 10 Patriots who enter will
WIN the trip of a LIFETIME to meet him in Miami! Enter to win
HERE http://i.wingop.co/wmPDKb2iQ

vi.  <u>On July 21, 2022 from 855-453-8703</u>
President Trump wants to meet you... Win a trip to MEET your
favorite president in Miami! The contest is almost over. Enter NOW:
http://i.wingop.co/qX8GFLSbL

vii.  <u>On July 25, 2022 from 855-453-8703</u>
This is your chance. YOU could win a trip to Miami to MEET & get a
PHOTO with Pres Trump! The contest is almost over. Enter NOW:
http://i.wingop.co/PMQn4JpIB

viii.  <u>On August 2, 2022 from 855-453-8703</u>
It's not too late. Pres Trump still wants to meet YOU! Enter to win a
trip to Miami to MEET & get a PHOTO with the BEST president:
http://i.wingop.co/b45pF3sYG

🔴 (August 5, 2022 Raleigh responded "stop" to 855-453-8703)
🔴 (August 5, 2022 Raleigh responded "stop" to 771-203-8282)

ix.  <u>On September 26, 2022 from 571-549-8968</u>
YOU'VE BEEN REPORTED! Raleigh, do you even care? We want to
send a list of Patriots to Trump that have given $10 or more and you're
currently reported as MISSING! Clear the record >>
http://t.verifyclick.net/?d=1565&p=BQX Stop2End

x.  <u>On September 29, 2022 from 571-549-8964</u>
BREAKING: Trump calls for the DEATH PENALTY for drug
dealers and human traffickers. Do you agree? Answer HERE in the
next 15 min >> http://t.verifyclick.net/?d=1769&p=3YI Stop2End

🔴 (October 7, 2022 Raleigh responded "stop" to 571-549-8964)

91.    Even though the text messages say "stop=end" or "STOP to
unsubscribe," this was just for show.

92.    After Raleigh said stop on January 23, 2022, Raleigh received nine more solicitations for a charitable contribution from the National Republican Senatorial Committee.

93.    The text messages from the National Republican Senatorial Committee came from many different phone numbers.

94.    The National Republican Senatorial Committee sent the text messages from different phone numbers to prevent Raleigh from blocking future text messages.

95.    So, not only has the National Republican Senatorial Committee willfully ignored the stop requests, but they make it impossible to stop receiving their spam!

96.    The URLs in each of these text messages, when clicked, redirected to pages such as https://secure.winred.com/nrsc/trump-social-media-date-o2m, https://secure.winred.com/nrsc/trump-patriot-list-djt-o2m, https://secure.winred.com/nrsc/trump-miami-stefanik, and https://secure.winred.com/nrsc/drug-dealers-desc-o2m.

97.    These webpages solicited donations and said, "Your contribution will benefit NRSC."

98.    NRSC is another name under which the National Republican Senatorial Committee operates.

99.    The webpage footer linked to www.nrsc.org, which is owned and controlled by the National Republican Senatorial Committee.

100.  This indicates that the National Republican Senatorial Committee is the entity initiating the text messages.

101.  The National Republican Senatorial Committee makes patriotic, educational, civic, and advocacy appeals in their donation solicitations.

102.  The text messages ask Raleigh to complete multiple surveys. One survey said, "President Trump has called for the DEATH PENALTY for drug dealers and human traffickers. Do you agree? Answer below."

103.  These questions have an educational appeal because they are gathering information about the electorate.

104.  These questions have a civic appeal because they focus on policies affecting citizens and solicit your input.

105.  Every donation page makes a strong civic appeal by showing this donation upsell that references the election and getting your commitment to vote:



106.  The text messages and questions have an advocacy appeal by referencing issues that many Republicans want to advocate and fight against like drug trafficking.

107.  The text messages make a patriotic appeal by saying "10 lucky Patriots will MEET and get a photo with President Trump," and "We want to send

a list of Patriots to Trump that have given $10 or more and you're currently reported as MISSING!"

108.   On information and belief, the National Republican Senatorial Committee has sent text messages to tens of thousands of people in Florida after receiving a do-not-call request.

### *Congressional Leadership Fund*

109.   The Congressional Leadership Fund initiated eleven spam text messages to Raleigh's cell phone 585-750-1887, and Raleigh sent five "stop" requests as follows:

i.   <u>On January 28, 2022 from 618-228-1578</u>
Tomorrow's rally is a huge benchmark for Trump support, Raleigh. We're making a list of patriots who stand w/ Trump to prove the MAGA movement is as strong as ever! If you still stand w/ Trump, chip in to add your name >> rep-gop.com/official-trump-patriots-list/TX-rally stop=end

🔴 (January 29, 2022 Raleigh responded "stop" to 618-228-1578)

ii.   <u>On January 29, 2022 from 704-368-5881</u>
Hey Raleigh, it's Clare from the CLF. We don't normally do this - but we're desperately behind our Jan fundraising goal. Today we're matching every grassroots gift to help Republicans in key races. Donate $1 >> The CLF spends $1. Double your impact before Midnight: now-22.com/51ta stop=end

iii.   <u>On January 29, 2022 from 531-300-2972</u>
Prediction: Trump's rally in TX tonight will have record-breaking numbers as ppl flee Biden & the failing Democrat party in droves! Will you help show America that support for Trump is as strong as ever, Raleigh? Join the list of patriots standing with Trump before he takes the rally stage. T-2hrs to add your name >> now-22.com/3cjb stop=end

iv. <u>On February 22, 2022 from 641-200-1008</u>
ALERT: Trump just made his FIRST POST on TRUTH Social! Tell us your official TRUTH Social username and see Pres Trump's 1ST post NOW: https://c.safeclick.io/stX/84a Reply STOP to unsubscribe

v. <u>On February 24, 2022 from 586-359-0012</u>
1 0 0 0 % M A T C H 1 0 0 0 % M A T C H 1000% MATCH Join the Trump Cash Blitz before MIDNIGHT! Honor Pres Trump w/ a 1000% MATCH >> https://c.safeclick.io/s0m/51c Reply STOP to unsubscribe

🔴 (February 24, 2022 Raleigh responded "stop" to 586-359-0012)

vi. <u>On April 25, 2022 from 276-356-0928</u>
E X T E N D E D > Trump 1000% Match Raleigh: Last Chance to join the Trump Rally Blitz & honor Pres Trump! Make a 1000% Match>> now-22.com/1fr stop=end

vii. <u>On August 4, 2022 from 771-333-6644</u>
1 2 0 0 % M A T C H 1 2 0 0 % M A T C H 1200% MATCH We've never done this before: Claim your 1200% Match NOW: txtgo.net/?d=426&p=426 Stop2End

🔴 (August 5, 2022 Raleigh responded "stop" to 771-333-6644)

viii. <u>On August 27, 2022 from 508-356-4688</u>
This is bad Raleigh... The Dems are gaining ground, and they're eviscerating conservatives' momentum. Right now they're up 6pts in the polls and beating Republicans 3:1 in fundraising. We're extending a 1100% match on every contribution you make in the next 30 minutes to help us catch up and stop Pelosi from keeping the Speaker's chair. 1100% MATCH EXTENDED FOR: Raleigh Give $5 = $55 Impact > forustoday.com/2u69 Give $10 = $110 Impact > forustoday.com/2u69 Give $15 = $165 Impact > forustoday.com/2u69 ANY AMOUNT = 1100% MATCHED > forustoday.com/2u69 If you refuse to stand by while Dems destroy our country and dismantle Trump's legacy, use this secure link to maximize your impact BEFORE 1100% MATCH ends in 30 min. forustoday.com/2u69

stop=end

ix.  <u>On August 28, 2022 from 319-405-1047</u>
Don't open this text if you aren't a Trump Majority ally. Raleigh, conservatives are losing. We're 6pts behind in the polls and pacing 80% behind our goal. That's right - we only have 20% what we need to keep going. That should alarm you, Raleigh. Conservatives and Trump allies were projected to take back the House and finally fire Nancy Pelosi and Speaker, but now, Dems have a real shot at sticking around. We're pleading with you to step up and help. This battle for the House is not over. Don't sit on the sidelines. imp-ct.com/gwz4 We have a critical deadline coming up this week. If we don't hit our goal this month, we don't have a chance of restoring Trump's majority. It's do or die, Raleigh. We need your help. Can you donate $5, $10, $20... heck, even $3 to keep the lights on at campaign HQ's across the country. Here's a secure link to rush support: imp-ct.com/gwz4 stop=end

x.  <u>On August 29, 2022 from 814-647-1792</u>
Raleigh, this is Karly from CLF. We're freaking out about these numbers. We're way behind our August goal and Dems have seized momentum beyond anything we could've predicted. If we don't close the gap now, conservatives will not take back the House, fire Pelosi as Speaker, and restore Trump's majority. Please, please, PLEASE rush in $18 in the next 90 minutes: imp-ct.com/c9xe stop=end

🔴 (August 30, 2022 Raleigh responded "stop" to 814-647-1792)

xi.  <u>On August 30, 2022 from 980-300-8498</u>
Hi, it's Marsha Blackburn, confirming that the Red Wave has officially started, Raleigh. Mayra Flores ran on God, Family, and Country, and she flipped a seat Dems have held for over 100 years. Dems are in shock over losing this seat to a Hispanic, conservative woman. Dems are spending everything they've got to put an end to Mayra, and we need 250 patriots to step up in the next 30min: imp-ct.com/jmfc Show Dems that the Red Wave is just beginning. stop=end

🔴 (October 7, 2022 Raleigh responded "stop" to 980-300-8498)

110.    Even though the text messages say "stop=end" or "Stop2End," this was just for show.

111.    After Raleigh said "stop" on January 29, 2022, Raleigh received ten more solicitations for a charitable contribution from the Congressional Leadership Fund.

112.    The text messages from the Congressional Leadership Fund all came from different phone numbers.

113.    The Congressional Leadership Fund sent the text messages from different phone numbers to prevent Raleigh from blocking future text messages.

114.    So, not only has the Congressional Leadership Fund willfully ignored the stop requests, but they make it impossible to stop receiving their spam!

115.    The URLs in each of these text messages, when clicked, redirected to pages such as https://secure.winred.com/clf/trump-rally-blitz-1200-wi-o2m, and https://secure.winred.com/congressional-leadership-fund-e9855954/trump-rally-list-joy-king, and https://secure.winred.com/congressional-leadership-fund-e9855954/gop-house-deadline-dv, and https://secure.winred.com/clf/trump-cash-blitz-o2m-p2p .

116.    These webpages solicited donations and said, "Your contribution will benefit Congressional Leadership Fund."

117.    The webpage footer said, "Paid for by Congressional Leadership Fund."

118.    This indicates that the Congressional Leadership Fund is the entity initiating the text messages.

119.    The Congressional Leadership Fund makes patriotic, educational, civic, and advocacy appeals in their donation solicitations.

120.    The text message on February 22, 2022 said, "Trump just made his FIRST POST on TRUTH Social! Tell us your official TRUTH Social username and see Pres Trump's 1ST post NOW." When clicking the link in the text message, it directed to a Winred donation page that said, "Enter your information below and tell us your TRUTH Social username NOW!" The text message and donation page had an educational appeal because they encouraged people to become part of the "TRUTH Social" platform where users share information and can be educated on what is happening without censorship.

121.    The Congressional Leadership Fund asks donors on its upsell donation pages to chip in a little extra to "End Biden's Border Crisis" because "Biden's open borders agenda is destroying America!" These donation pages have a civic appeal because they focus on policies like the southern border that affect citizens.

122.    The text messages and questions have an advocacy appeal by referencing issues that many Republicans want to advocate and fight against like the southern border.

123.    The text messages make a patriotic appeal by saying "we need 250 patriots to step up," and "Join the list of patriots standing with Trump before he takes the rally stage," and "We're making a list of patriots who stand w/ Trump."

124.   On information and belief, the Congressional Leadership Fund has sent text messages to tens of thousands of people in Florida after receiving a do-not-call request.

## LEGAL STANDARD

125.   "A telephone solicitor may not initiate a text message to a donor or potential donor who has previously communicated to the telephone solicitor that he or she does not wish to receive a text message on behalf of a charitable organization for which a charitable contribution is solicited." Fla. Stat. § 501.059(5) (cleaned up).

126.   "'Charitable organization' means a person who in ***any manner*** employs an appeal that suggests that there is a charitable purpose to any solicitation." Fla. Stat. § 496.404(1) (emphasis added) (cleaned up).

127.   "'Charitable purpose' means a patriotic, educational, advocacy, or civic objective." Fla. Stat. § 496.404(2) (cleaned up).

128.   "Political contributions solicited in accordance with the election laws" constitute a charitable solicitation. See Fla. Stat. § 496.403 (providing that the requirements of Sections 496.401-496.424—which relate to disclosures, registration, record keeping, etc.—do not apply to political contributions, and by implication other Sections do apply to political contributions such as Sections 496.425-496.430 and 501.059).

## CLASS ACTION ALLEGATIONS

129.   Pursuant to Civ. R. 23(b)(2) and 23(b)(3) of the Federal Rules of Civil Procedure, Raleigh brings this action on behalf of himself and the following

Classes of persons similarly situated in order to remedy the ongoing unlawful practices alleged herein and to seek redress on behalf of all those persons who have been harmed thereby, including injunctive relief.

130.   **Class Definitions**. Raleigh proposes the following Classes:

**The SAP Do Not Call Class**
All persons (1) who are residents of Florida, (2) to whom Save America PAC initiated one or more text messages, (3) after receiving a do-not-call request, (4) since July 1, 2021 through the date of class certification.

**The RNC Do Not Call Class**
All persons (1) who are residents of Florida, (2) to whom the Republican National Committee initiated one or more text messages, (3) after receiving a do-not-call request, (4) since July 1, 2021 through the date of class certification.

**The NRSC Do Not Call Class**
All persons (1) who are residents of Florida, (2) to whom the National Republican Senatorial Committee initiated one or more text messages, (3) after receiving a do-not-call request, (4) since July 1, 2021 through the date of class certification.

**The CLF Do Not Call Class**
All persons (1) who are residents of Florida, (2) to whom the Congressional Leadership Fund initiated one or more text messages, (3) after receiving a do-not-call request, (4) since July 1, 2021 through the date of class certification.

131.   A member of a class may sue as a representative party if the member satisfies Federal Rule of Civil Procedure 23(a)'s four prerequisites: numerosity, commonality, typicality, and adequacy of representation. Fed. R. Civ. P. 23(a).

132.    If Rule 23(a) is satisfied, a putative class representative must also show that the class falls into one of three categories under Fed. R. Civ. P. 23(b). For a Rule 23(b)(3) class, a plaintiff must make two further showings. First, a plaintiff must show that questions of law or fact common to class members predominate over any questions affecting only individual class members. *Id*. Second, a plaintiff must demonstrate a class action is superior to other available methods for adjudicating the controversy.

133.    **Numerosity**. A proposed class satisfies the numerosity requirement if class members are so numerous that joinder of all members would be impracticable. Fed. R. Civ. P. 23(a)(1). The numerosity requirement is not tied to any fixed numerical threshold. In general, courts find the numerosity requirement satisfied when a class includes at least forty members. Here, the Classes are so numerous that joinder of all members would be impracticable. The exact size of the Classes and the identity of the members are readily ascertainable from business records and likely number in at least the thousands.

134.    **Commonality**. A proposed class satisfies Rule 23's commonality requirement if there is at least one question of fact or law common to the class. Fed. R. Civ. P. 23(a)(2). It is not a high standard. The claims must depend upon a common contention such that the determination of its truth or falsity will resolve an issue that is central to the validity of each claim in one stroke. The word 'question' in Rule 23(a)(2) is a misnomer: What matters to class certification is not the raising of common questions but rather, the capacity of a class-wide proceeding to generate common answers apt to drive the resolution of the litigation.

30

135.    There are questions of law and fact common to the proposed Classes, including:

      i.    Do Defendants' text messages constitute a solicitation of a charitable contribution?

     ii.    Did Defendants honor opt-out requests?

136.    **Typicality**. A proposed class representative's claims and defenses must also be typical of the class. Fed. R. Civ. P. 23(a)(3). The Supreme Court has recognized that the commonality and typicality requirements of Rule 23(a) tend to merge. Typicality refers to the nature of the claim or defense of the class representative, and not to the specific facts from which it arose, or the relief sought. Representative claims are typical if they are reasonably coextensive with those of absent class members; they need not be substantially identical.

137.    Raleigh's claims herein are typical of those of the Classes that Raleigh seeks to represent. Raleigh's and the Class members' claims arise from the same conduct of Defendants.

138.    **Adequacy of Representation**. The final prerequisite under Rule 23(a) requires that the Court must be satisfied that the representative party will fairly and adequately protect the interests of the class. Fed. R. Civ. P. 23(a)(4). This overlaps in practice with the requirement under Rule 23(g) that class counsel must adequately represent the interests of the class. Fed. R. Civ. P. 23(g). The inquiry under Rule 23(a)(4) asks two questions: (1) does the representative plaintiff and their counsel have any conflicts of interest with other class members, and (2) will the representative plaintiff and their counsel prosecute the action vigorously on

behalf of the class? Raleigh is an adequate representative of the Classes because his interests are common with the interests of the Classes, and Raleigh will fairly and adequately protect the interests of the Classes by pursuing this matter. Raleigh is represented by counsel competent and experienced in TCPA and class action litigation.

139.    **Predominance of Common Questions**. A plaintiff may bring a class action under Rule 23(b)(3) only where questions of law or fact common to the class predominate over questions affecting only individual members. Fed. R. Civ. P. 23(b)(3). If liability can be determined at a class-wide basis, common issues predominate. This is true even if, at the damages stage, there remain non-injured class members and individualized damages calculations are required.

140.    **Superiority**. The final determination a court must make to certify a Rule 23(b)(3) class is that class action would be superior to individual actions in fairly and efficiently resolving the claims presented in this matter. Rule 23 enumerates four factors pertinent to determining whether class action is the superior method of litigation. First, the class members' interests in individually controlling the prosecution or defense of separate actions. Fed. R. Civ. P. 23(b)(3)(A). Second, the extent and nature of any litigation concerning the controversy already begun by or against class members. Fed. R. Civ. P. 23(b)(3)(B). Third, the desirability or undesirability of concentrating the litigation of the claims in the particular forum. Fed. R. Civ. P. 23(b)(3)(C). Finally, the likely difficulties in managing a class action. Fed. R. Civ. P. 23(b)(3)(D). Where class

wide litigation will reduce litigation costs and promote greater efficiency, a class action may be the superior method of litigation.

141.   In the present suit, the questions of law and fact common to the class members predominate over questions affecting only individual members. A class action is superior to multiple individual suits because it conserves judicial resources, promotes consistency and efficiency of adjudication, and deters illegal activities. The interests of individual members of the Classes in individually controlling the prosecution of separate claims against Defendants are small because the damages in an individual action for violations of the TCPA are small. Raleigh is not aware of any litigation concerning this controversy already commenced by others who meet the criteria for class membership described above.

142.   Managing this case as a class action should have no significant difficulties. Notice to class members can be provided by mail. The law applicable to each putative class member is identical. The facts are too. Ultimately, the basic questions in this case are the same for all class members. The common answer to these questions will determine Defendants' liability. Precedent demonstrates these questions can be litigated on a class wide basis.

**FIRST CAUSE OF ACTION**
**Save America PAC Failure to Honor Opt-Out Requests**
**(On Behalf of the SAP Do Not Call Class)**

143.   Save America PAC violated Fla. Stat. § 501.059(5) by initiating text messages to Raleigh and members of the SAP Do Not Call Class after they asked for the text messages to stop.

144.    Raleigh and members of the SAP Do Not Call Class have been damaged and are entitled to an award of $500 in statutory damages for each violation. Fla. Stat. § 501.059(10).

145.    The court should award $1,500 in statutory damages for each violation because the violations were knowing and willful. *Id*.

146.    The court should award reasonable attorney fees and costs. *Id.* at .059(11).

147.    The court should enjoin Save America PAC from initiating text messages to person who have made do-not-call requests. *Id*. at .059(10).

## SECOND CAUSE OF ACTION
### Republic National Committee Failure to Honor Opt-Out Requests
### (On Behalf of the RNC Do Not Call Class)

148.    The Republic National Committee violated Fla. Stat. § 501.059(5) by initiating text messages to Raleigh and members of the RNC Do Not Call Class after they asked for the text messages to stop.

149.    Raleigh and members of the RNC Do Not Call Class have been damaged and are entitled to an award of $500 in statutory damages for each violation. Fla. Stat. § 501.059(10).

150.    The court should award $1,500 in statutory damages for each violation because the violations were knowing and willful. *Id*.

151.    The court should award reasonable attorney fees and costs. *Id.* at .059(11).

152.   The court should enjoin the Republican National Committee from initiating text messages to person who have made do-not-call requests. *Id*. at .059(10).

**THIRD CAUSE OF ACTION**
**National Republican Senatorial Committee Failure**
**to Honor Opt-Out Requests**
**(On Behalf of the NRSC Do Not Call Class)**

153.   The National Republican Senatorial Committee violated Fla. Stat. § 501.059(5) by initiating text messages to Raleigh and members of the NRSC Do Not Call Class after they asked for the text messages to stop.

154.   Raleigh and members of the NRSC Do Not Call Class have been damaged and are entitled to an award of $500 in statutory damages for each violation. Fla. Stat. § 501.059(10).

155.   The court should award $1,500 in statutory damages for each violation because the violations were knowing and willful. *Id*.

156.   The court should award reasonable attorney fees and costs. *Id.* at .059(11).

157.   The court should enjoin the National Republican Senatorial Committee from initiating text messages to person who have made do-not-call requests. *Id*. at .059(10).

## FOURTH CAUSE OF ACTION
### Congressional Leadership Fund Failure to Honor Opt-Out Requests
### (On Behalf of the CLF Do Not Call Class)

158.   The Congressional Leadership Fund violated Fla. Stat. § 501.059(5) by initiating text messages to Raleigh and members of the CLF Do Not Call Class after they asked for the text messages to stop.

159.   Raleigh and members of the CLF Do Not Call Class have been damaged and are entitled to an award of $500 in statutory damages for each violation. Fla. Stat. § 501.059(10).

160.   The court should award $1,500 in statutory damages for each violation because the violations were knowing and willful. *Id*.

161.   The court should award reasonable attorney fees and costs. *Id.* at .059(11).

162.   The court should enjoin the Congressional Leadership Fund from initiating text messages to person who have made do-not-call requests. *Id*. at .059(10).

## RELIEF REQUESTED

Raleigh respectfully requests the Court grant the following relief against Defendants:

A.   Certification of the proposed Classes;

B.   Appointment of Raleigh as class representative;

C.   Appointment of the undersigned as counsel for the Classes;

D.   An order enjoining Defendants as set forth above;

E.    An award of damages to Raleigh and the Classes, as allowed by law; and

F.    Orders granting such other relief as the Court deems necessary, just, and proper.

## JURY DEMAND

Raleigh requests a jury trial as to all claims of the Complaint so triable.

Dated: November 6, 2022              Respectfully submitted,

/s/ *John Kauffman*
John Kauffman
Florida Bar No. 538205
LawHQ, P.C.
299 S. Main St. #1300
Salt Lake City, UT 84111
385-285-1090
john.kauffman@lawhq.com

*Attorney for Plaintiff*