IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**RALEIGH SUTHERLAND,**
 **Plaintiff,**

v.              Case No. 1:22cv303-RH-MAF

**SAVE AMERICA PAC et al.,**
 **Defendants.**
_____ /

## JUDGMENT

Pursuant to and at the direction of the Court, it is ORDERED AND ADJUDGED that judgment is entered in favor of the Defendants, SAVE AMERICA PAC, REPUBLICAN NATIONAL COMMITTEE, NATIONAL REPUBLICAN SENATORIAL COMMITTEE, and CONGRESSIONAL LEADERSHIP FUND.

            JESSICA J. LYUBLANOVITS
            CLERK OF COURT

May 25, 2023         s/ KELLI MALU
Date             Deputy Clerk: Kelli Malu